UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO RIVERA,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 2:24-cv-01072-RFB-BNW<br><br>**ORDER** |

　　In this habeas corpus action, the petitioner, Arturo Rivera, represented by appointed counsel, was to file a second amended habeas petition by January 23, 2025. *See* ECF No. 14 (second amended petition due 90 days after scheduling order entered on October 25, 2024). On January 22, Rivera filed a motion for extension of time (ECF No. 16) requesting a 30-day extension, which would in fact extend the due date for the second amended petition by 32 days, to February 24, as February 22 is a Saturday. This would be the first extension of this deadline. Rivera's counsel states that the extension is necessary to adequately investigate Rivera's case. Rivera's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant the motion for extension of time.

　　In granting this motion for extension of time, or any motion for extension of time to file an amended habeas petition, the Court makes no comment on, and does not intend to affect in any manner, the operation of any applicable statute of limitations.

///

1    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF
2    No. 16) is **GRANTED**. Petitioner will have until and including **February 24, 2025**, to file a second
3    amended petition for writ of habeas corpus. In all other respects, the schedule for further
4    proceedings set forth in the order entered October 25, 2024 (ECF No. 14) remains in effect.

   **DATED**:   January 26, 2025



   _____
   **RICHARD F. BOULWARE, II,**
   **UNITED STATES DISTRICT JUDGE**