Arturo Rivera #92503
HDSP - P.O. Box 650
Indian Springs, NV 89070

## United States District Court
## District of Nevada

| | |
|---|---|
| ARTURO RIVERA, | Case No. |
| Petitioner, | Ex Parte, Request For |
| vs | Appointment of Counsel |
| STATE OF NEVADA, | In a Federal Habeas Corpus |
| Respondent, | 28 U.S.C. 2254 case |

To The Honorable Judge

Comes now Petitioner, Arturo Rivera, in pro se, respectfully request that this Court grant an appointment of counsel in and for the 2254 habeas corpus proceedings.

Habeas corpus proceedings are of fundamental importance in our constitutional scheme - they protect our most valued rights, see: 18 U.S.C. § 3006A(g), 28 U.S.C. § 1915(e)(1) and Brown vs Vasquez, 952 F.2d 1164, 1169 (9th Cir 1991).

This Court has the absolute authority to appoint counsel to assist this indigent person. In the present case Petitioner does not have the financial resources to retain counsel. (Please see attached affidavit -

1  OF INDIGENCY). THE SUBSTANTIVE AND PROCE-
2  DURAL MATTERS IN THIS CASE ARE TOO COMPLEX
3  FOR PETITIONER'S COMPREHENSION AND ABILITIES.
4  IN ADDITION, BY REASON OF HIS INCARCERATION,
5  CANNOT INVESTIGATE, TAKE DEPOSITIONS, LOCATE
6  WITNESSES, VIDEO SURVEILLANCE AND MANY
7  OTHER EVIDENTIARY MATERIALS ON HIS OWN
8  ACCORD, HENCE PROVE HIS INNOCENCE.
9     PETITIONER WAS SENTENCE TO THREE (3)
10 CONSECUTIVE LIFE TERMS AND AN ADDITIONAL
11 72 MONTHS, CONSECUTIVE AS WELL, BY A JURY.
12    THIS WAS THE RESULT OF THE COURTS ABUSE
13 OF DISCRETION, THE PROSECUTION'S LEGION OF
14 "SOPHISTRIES" AND INEFFECTIVE ASSISTANCE OF
15 COUNSEL, WHICH CONVINCE THE JURY THAT
16 TWO (2) STREET PROSTITUTES WITH A LENGTHY
17 CRIMINAL RECORD (3 CARJACKING, PROSTITUTIONS,
18 DRUG SELLS/POSSESSION AND OTHER BAD ACTS) WERE
19 SEXUALLY ASSAULTED BY PETITIONER WITH A
20 DEADLY WEAPON. THEREFORE, THE ENDS OF
21 JUSTICE WOULD BE BEST SERVE WITH THE
22 APPOINTMENT OF COUNSEL. PARTICULARLY,
23 WITH THE PRESENTATION OF FACTS CONFLICTING
24 WITH THE ALLEGED VICTIMS TESTIMONIES, WHICH
25 EXIST IN THE SURVEILLANCE VIDEO IN THE HIGH
26 CRIME AREA, WHERE THE ALLEGED CRIMES HAD
27 TAKEN PLACE, THE MERITS AND LEGAL COMPLEXITIES
28 OF THIS CASE. PETITIONER IS LOOKING FOR-

a fair crack of the whip. At the end of the day, the complexities of the issues in relation to Petitioner's sentence, implicate the need of counsel to promote fairness and justice.

## Conclusion

For the aforementioned reasons, this Court should appoint counsel to represent Petitioner in and all further proceeding in the § 2254 Federal Habeas Corpus action.

DATED THIS ___ DAY OF ___

Respectfully Submitted

ARTURO RIVERA-#92503
PETITIONER IN Pro Se
HDSP-P.O. BOX 650
Indian Springs, NV 89070