**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Arturo Rivera, | Case No. 2:24-cv-01072-RFB-BNW |
| Petitioner, | |
| v. | **ORDER** |
| Terry Royal, *et al*., | |
| Respondents. | |

In this habeas corpus action, the respondents filed a motion to dismiss on June 4, 2025. ECF No. 30. The petitioner, Arturo Rivera, represented by appointed counsel, was due to file a response to that motion by August 4. See ECF No. 14. On August 4, Rivera filed a motion for extension of time, requesting a 60-day extension, to October 3. ECF No. 32. Then, on October 3, Rivera filed another motion for extension of time, requesting a further 31-day extension, to November 3. ECF No. 33. Rivera's counsel states that the extensions are necessary because of the complexity of this case and their obligations in other cases. Rivera's counsel represents that Respondents do not oppose either motion. The Court finds that the motions are made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extensions. The Court will grant the extensions of time Rivera requests.

Therefore, **IT IS HEREBY ORDERED** that Petitioner's Motions for Extension of Time (ECF Nos. 32, 33) are **GRANTED** *nunc pro tunc*. Petitioner will have until and including **November 3, 2025**, to respond to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered October 25, 2024 (ECF No. 14) remains in effect.

///

///

///

///

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Terry Royal is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

**DATED**: October 10, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2