**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ARTURO RIVERA, | Case No. 2:24-cv-01072-RFB-BNW |
| Petitioner, | |
| v. | **ORDER** |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss on June 4, 2025. ECF No. 30. After a 60-day initial period and a 91-day extension of time, the Petitioner, Arturo Rivera, represented by appointed counsel, was due to file a response to the motion to dismiss by November 3. See ECF Nos. 14, 34. On November 3, Rivera filed a motion for extension of time, requesting a further 14-day extension, to November 17. ECF No. 35. Rivera's counsel states that this extension of time, which will be his last, is necessary because of the complexity of this case and obligations in other cases. Rivera's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 35) is **GRANTED**. Petitioner will have until and including November 17, 2025, to respond to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered October 25, 2024 (ECF No. 14) remains in effect.

**DATED**: November 5, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**