**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

|  |  |
|---|---|
| ARTURO RIVERA, | Case No. 2:24-cv-01072-RFB-BNW |
| Petitioner, | |
| v. | **ORDER** |
| DEBORA BORGAS, *et al*., | |
| Respondents. | |

In this habeas corpus action, Respondents were due to file their answer by June 2, 2026. See ECF No. 48. On June 1, 2026, Respondents filed a motion for extension of time, requesting a 62-day extension, to August 3, 2026. ECF No. 50. Respondents' counsel states that this extension is necessary because of their obligations in other cases. Respondents' counsel represents that Petitioner Arturo Rivera, who is represented by appointed counsel, does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 50) is **GRANTED**. Respondents will have until and including **August 3, 2026**, to file an answer. In all other respects, the schedule for further proceedings set forth in the order entered October 25, 2024 (ECF No. 14) remains in effect.

**DATED**: June 2, 2026.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**

1