UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARTURO RIVERA,

Petitioner,

v.

DEBORA BORGAS,

Respondent.

Case No. 2:24-cv-01072-RFB-BNW

**EXTENSION ORDER**

This habeas matter is before this Court on counseled Petitioner Arturo Rivera unopposed motion for a 90-day extension of time to file his reply. (ECF No. 53.) This is Rivera's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 53) is granted. Rivera has up to and including December 16, 2026, to file his reply.

**DATED:** October 29, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**